DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETE DEANGELO JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-461

[ July 13, 2017 ]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562010CF003787A.

Pete D. Jackson, Wewahitchka, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*